FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

22 MAR -9 PM 2:42

UNITED STATES OF AMERICA

v.

EDRICK D. JACKSON

CASE NO. 3:22-cr-28-BJD-JBT
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 8, 2021, in the Middle District of Florida, the defendant,

EDRICK D. JACKSON,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about January 11, 2022, in the Middle District of Florida, the defendant,

EDRICK D. JACKSON,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about January 27, 2022, in the Middle District of Florida, the defendant,

EDRICK D. JACKSON,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about February 15, 2022, in the Middle District of Florida, the defendant,

EDRICK D. JACKSON,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Possession of a Firearm by a Juvenile Delinquent Found to Have Committed a Felony Act, on or about January 19, 2012;

2. Carrying a Concealed Firearm, on or about January 19, 2012;

3. Possession of Firearm by Felon, on or about March 21, 2016

did knowingly possess, in and affecting interstate and foreign commerce, firearms, that is, a Smith and Wesson pistol and a Glock pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853. The allegations contained in Count Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3

3. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, a Smith and Wesson, Model M&P 9 Shield, 9mm pistol, serial number JBK4988; a Glock, Model 26, 9mm pistol, serial number ZGT583; and assorted ammunition.

5. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), and pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

ROGER B. HANDBERG
United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

5

FORM OBD-34
3/8/22 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

EDRICK D. JACKSON

## INDICTMENT

Violations: CTs 1-3: 21 U.S.C §§ 841(a)(1) and 841(b)(1)(C)
CT 4: 18 U.S.C. §§ 922(g)(1) and 924 (a)(2)

A true bill,

███████████████████████

Filed in open court this 9th day

of March, 2022.



_____
Clerk

Bail   $_____

GPO 863 525